Affirmed—Application to Withdraw as Counsel Granted

■

**B.J.F.**

**v.**

**J.P.F.**

**1543 MDA 2016**

Superior Court of Pennsylvania.

05/31/2017

2013–FC–000212–03 (York)

Affirmed

■

**COM.**

**v.**

**ZIMMERMAN, K.**

**1591 MDA 2016**

Superior Court of Pennsylvania.

05/31/2017

CP–38–CR–0000356–2016 (Lebanon)

Affirmed

■

**COM.**

**v.**

**THOMPSON, W.**

**935 WDA 2016**

Superior Court of Pennsylvania.

05/31/2017

CP–02–CR–0002610–2002 (Allegheny)

Affirmed

